**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1681

EPHRAIM TAMBI MFORSONG,

                 Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                 Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  February 18, 2014      Decided:  February 26, 2014

Before NIEMEYER, GREGORY, and FLOYD, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Ronald D. Richey, LAW OFFICES OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner. Stuart F. Delery, Assistant Attorney General, Blair T. O'Connor, Assistant Director, Juria L. Jones, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ephraim Tambi Mforsong, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's decision denying his application for a waiver of inadmissibility. We have reviewed the agency decisions and Mforsong's claims and conclude that we lack jurisdiction over the petition for review. See 8 U.S.C. § 1182(i)(1), (2) (2012); 8 U.S.C. § 1252(a)(2)(B)(i), (D) (2012). Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED

2